# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **DANIEL YATES**, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**JAK PIZZA, INC**., a domestic corporation and **TIMOTHY R. HAMMER**, an individual,<br><br>Defendants. | Case No. 3:21-cv-1125-YY<br><br>**ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

This matter is before the Court on Plaintiff's Consent Motion for Final Approval of Class Action Settlement. Having carefully considered the Motion, the undersigned will grant the Motion.

IT IS THEREFORE ORDERED that Plaintiff's Consent Motion for Final Approval of Class Action Settlement is GRANTED.

FURTHER, THE COURT HEREBY:

a. Finds that the settlement constitutes a fair and reasonable resolution of disputed claims,

b. Approves the settlement pursuant to Fed. R. Civ. P. 23,

c. Orders the parties and their chosen settlement administrator to effectuate the settlement terms, and

d. Dismisses the claims with prejudice and without costs or fees to either party.

IT IS SO ORDERED,

Date: December 14, 2022

*Youlee Yim You*

Hon. Youlee Yim You, Magistrate Judge